UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: 4:22-cv-00042-FL

| | |
|---|---|
| FIRST PROTECTIVE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>LINDA STOKES RIKE, LEWIS EDWARD O'LEARY, PROBUILDERS OF THE CAROLINAS, INC., WILLIAM SCOTT HEIDELBERG, HEIDELBERG AND MULLENS, INC., RONALD PAUL HICKS, AND STORMPRO PUBLIC ADJUSTERS, LLC,<br><br>      Defendants. | **ORDER GRANTING<br>JOINT MOTION TO LIFT STAY AND<br>REINSTATE ORDER GRANTING<br>MOTION TO COMPEL AS TO<br>O'LEARY DEFENDANTS** |

THIS COURT, having reviewed the Joint Motion to Lift Stay and Reinstate Order Granting Motion to Compel as to the O'Leary Defendants (DE 119), relevant pleadings of record, and for good cause shown, GRANTS the Motion as follows:

    1.    The Stay of Discovery as to the O'Leary Defendants is LIFTED as of the date of entry of this Order;

    2.    This Court's October 12, 2023 Order (DE 72) is REINSTATED as to the granting of Plaintiff's Motion to Compel directed to the O'Leary Defendants (DE 70);

    3.    O'Leary Defendants are ORDERED to respond to Plaintiff in full, as indicated in the stayed discovery order within 30 days of entry of this Order. Any request for sanctions or attorneys' fees for non-compliance with this Order, if warranted, may be raised pursuant to FRCP 37 and the Local Rules of this Court through an appropriate Motion.

1

This the  7th  day of   August      , 2025.

_____
Louise W. Flanagan
United States District Court Judge